# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rovner, Ilana D. | 7th Circuit Court of Appeals | 05/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (active) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

United States Court of Appeals
219 S. Dearborn Street
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Emertius, Board of Trustees | Illinois Institute of Technology |
| 2. | Member, Board of Overseers | IIT-Chicago Kent College of Law |
| 3. | Life Member, Board of Directors | Shirley Ryan Ability Lab (Formerly Rehabilitation Institue of Chicago) |
| 4. | Trustee | Trust |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Monthly | Rush Retirement Plan of Deceased Spouse See Note 1 | $10,038.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA Acct #5 (H) | | | | | | | | | |
| 2. -Fidelity Government Cash Reserves | A | Dividend | J | T | Sold (part) | 11/29/17 | J | | |
| 3. -Fidelity Government Income | A | Dividend | J | T | Sold (part) | 11/30/17 | J | | |
| 4. -Fidelity Government Money Mkt | | None | J | T | | | | | |
| 5. -Fidelity GNMA Fund | A | Dividend | J | T | Sold (part) | 11/30/17 | J | | |
| 6. -Fidelity Canada | A | Dividend | J | T | Sold (part) | 11/30/17 | J | A | |
| 7. Trust #1 - Account No. 2 (H) | | | J | T | | | | | |
| 8. -Sch AMT TF Money Market Fd (SWFXX) | B | Dividend | N | T | | | | | |
| 9. -Sch AMT Tax-Free Money Mt fd (SWWXX) | B | Dividend | M | T | | | | | |
| 10. -Intel Corp CS | A | Dividend | J | T | | | | | |
| 11. -Marriott Intl Inc. Cl A CS | C | Dividend | N | T | Sold (part) | 10/10/17 | L | E | |
| 12. -Medtronic, Inc | A | Dividend | K | T | | | | | |
| 13. -Buckeye Partners LP | A | Distribution | J | T | | | | | |
| 14. -Citigroup Inc | A | Dividend | J | T | | | | | |
| 15. -Wells Fargo & Co. 8.00% Pfd | A | Dividend | L | T | | | | | |
| 16. -T Rowe Price Tax Free Short Term Interm | B | Dividend | M | T | | | | | |
| 17. -Vanguard GNMA Fund | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Wells Fargo Advantage S/T Muni Bd Inv | A | Dividend | J | T | | | | | |
| 19. -Teradata Corp0 | | None | J | T | | | | | |
| 20. -NCR | | None | J | T | | | | | |
| 21. -Travelers Companies Inc | A | Dividend | J | T | | | | | |
| 22. -Marriott Vacations | A | Dividend | K | T | | | | | |
| 23. -Boeing Co | A | Dividend | J | T | | | | | |
| 24. -Ford Motor Company | A | Dividend | J | T | | | | | |
| 25. -T J X COS, Inc. | A | Dividend | J | T | | | | | |
| 26. IRA Acct #8 (H) | | | | | | | | | |
| 27. -Schwab Bank | A | Interest | M | T | | | | | |
| 28. -Vanguard Energy Fund | A | Dividend | K | T | | | | | |
| 29. -Vanguard GNMA Fund | C | Dividend | M | T | | | | | |
| 30. -TRowe Price New Era Fd | A | Dividend | J | T | | | | | |
| 31. -Sequoia Fund | B | Dividend | J | T | | | | | |
| 32. -Cerner | | None | K | T | | | | | |
| 33. -Citigroup Inc | A | Dividend | K | T | | | | | |
| 34. -Devon Energy Corp | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Dominion Res Inc va | B | Dividend | K | T | | | | | |
| 36. -Kinder Morgan Inc. | A | Dividend | J | T | | | | | |
| 37. -Pimco Corp Income Fund | C | Dividend | K | T | | | | | |
| 38. -Verizon Communications | A | Dividend | K | T | | | | | |
| 39. -Allergan PLC | A | Dividend | K | T | | | | | |
| 40. -Harbor Bond Fund Inst Cl | A | Dividend | K | T | | | | | |
| 41. -TCW Total Return Bond | A | Dividend | K | T | | | | | |
| 42. -Thompson Bond Fund | B | Dividend | K | T | | | | | |
| 43. -Vanguard Short Term Bond | A | Dividend | K | T | | | | | |
| 44. -Annaly Capital Mgmt | C | Dividend | K | T | | | | | |
| 45. -Government Ppty Income Tr | A | Dividend | J | T | | | | | |
| 46. -Ishares Iboxx Investment Grade Bond ETF | A | Dividend | J | T | | | | | |
| 47. -Spdr Gold Trust | | None | J | T | | | | | |
| 48. -Blackrock Enhcd Cap & Income | A | Dividend | J | T | | | | | |
| 49. -Visa Inc Cl A | A | Dividend | K | T | | | | | |
| 50. -Guggenheim Enhanced Eqty Income Fund | B | Dividend | J | T | | | | | |
| 51. Trust #4 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Fidelity Government Money Market (SPAXX) | A | Dividend | K | T | | | | | |
| 53. -Fidelity Municipal Money Market (FTEXX) | B | Dividend | M | T | | | | | |
| 54. -AT&T Inc Com | B | Dividend | K | T | | | | | |
| 55. -Anadarko Pete Corp | A | Dividend | J | T | | | | | |
| 56. -Apple Inc | A | Dividend | K | T | | | | | |
| 57. -Brocade Communications Sys | A | Dividend | | | Sold | 11/17/17 | J | D | |
| 58. -Enbridge Energy Partners LP | A | Dividend | J | T | | | | | |
| 59. -Fortis Inc Com ISIN | A | Dividend | J | T | | | | | |
| 60. -Ishares Inc MSCI Canada Index Fd | A | Dividend | K | T | | | | | |
| 61. -Pimco Mun Income Fd II | B | Dividend | K | T | | | | | |
| 62. -SPDR Ser Tr Morgan Stanley Tech | A | Dividend | J | T | | | | | |
| 63. -Tata Motors Limited Adr Ea Rep | A | Dividend | K | T | | | | | |
| 64. -American Century Inter Term Tax Free Bond (TWTIX) | A | Dividend | K | T | | | | | |
| 65. -Baird Intermediate Muni Bond Invs Cl (BMBSX) | B | Dividend | M | T | | | | | |
| 66. -BMO Intermediate Tax Free | A | Dividend | K | T | | | | | |
| 67. -Pimco Total Return Class D (PTTDX) | A | Dividend | K | T | | | | | |
| 68. -T Rowe Price Tax Free Short Inter (PRFSX) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Thornburg Strategic Munipal Income C (TSSCX) | B | Dividend | L | T | | | | | |
| 70. -Vanguard GNMA Investor Cl (VFIIX) | A | Dividend | J | T | | | | | |
| 71. -Wells Fargo Short Term Muni Bd-Invest (STSMX) | A | Dividend | L | T | | | | | |
| 72. College Fund 529 #1 (H) | | | | | | | | | |
| 73. -Capital World Growth & Income Fund Class 529A | B | Dividend | K | T | | | | | |
| 74. -Fundamental Investors Class 529A | C | Dividend | K | T | | | | | |
| 75. -Growth Fund of America Class 529A | C | Dividend | K | T | | | | | |
| 76. -Washington Mutual Investors Fund Class 529A | C | Dividend | K | T | | | | | |
| 77. | | | | | | | | | |
| 78. College Fund 529 #2 (H) | | | | | | | | | |
| 79. -Capital World Growth & Income Fund Class 529A | B | Dividend | K | T | | | | | |
| 80. -Fundamental Investors Class 529A | C | Dividend | L | T | | | | | |
| 81. -Euro Pacific Growth Fund | | None | J | T | Buy | 12/22/17 | J | | |
| 82. -Growth Fund of America Class 529A | C | Dividend | L | T | | | | | |
| 83. -Washington Mutual Investors Fund Class 529A | C | Dividend | L | T | | | | | |
| 84. | | | | | | | | | |
| 85. Trust #5 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Rovner, Ilana D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 87. -Ishares Core S and P 500 | A | Dividend | K | T | Buy | 12/19/17 | K | | |
| 88. -Ishares Core MSCI EAFE | A | Dividend | J | T | Buy | 12/19/17 | J | | |
| 89. -Ishares Core MSCI Emerging | A | Dividend | J | T | Buy | 12/19/17 | J | | |
| 90. -Ishares Currency Hedged | A | Dividend | J | T | Buy | 12/19/17 | J | | |
| 91. -American Funds AMCAP Fund Cl F2 | C | Dividend | K | T | Buy | 05/24/17 | J | | |
| 92. -American Funds Washington Mutual Invetors Fund Class F2 | E | Dividend | N | T | Buy | 05/24/17 | J | | |
| 93. | | | | | Sold (part) | 08/09/17 | J | A | |
| 94. -America Funds International Growth & Income Fund Class F2 | A | Dividend | K | T | Buy | 05/24/17 | J | | |
| 95. -American Funds Fundamental Investors Fund Class F2 | C | Dividend | K | T | Buy | 05/24/17 | J | | |
| 96. -The Growth Fund of America Fund Class F2 | C | Dividend | K | T | Buy | 05/24/17 | J | | |
| 97. -Ishares 7-10 Year Treas.Bond ETF | A | Dividend | K | T | Buy | 12/19/17 | K | | |
| 98. -Ishares IBoxx $ Invt. Grade Corp Bond ETF | A | Dividend | K | T | Buy | 12/19/17 | K | | |
| 99. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 100. -Ishares 20+ Year Treasury Bond ETF | A | Dividend | J | T | Buy | 12/19/17 | J | | |
| 101. -Ishares Inter Credit Bond ETF | A | Dividend | L | T | Buy | 12/19/17 | L | | |
| 102. | | | | | Buy (add'l) | 12/20/17 | J | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Ishares Short Mat. Bond ETF | A | Dividend | K | T | Buy | 12/19/17 | K | | |
| 104. -American Funds American Balanced Fund Class F2 | D | Dividend | M | T | | | | | |
| 105. -American Funds Blackrock Multi Asset Income Portfolio Instl Class | A | Dividend | L | T | Buy | 12/18/17 | L | | |
| 106. -Vanguard Interm-Term Bond Index Adm Shs | B | Dividend | | | Buy | 05/24/17 | L | | |
| 107. | | | | | Sold | 12/15/17 | L | | |
| 108. -Voya Intermediate Bond Fund Class I | B | Dividend | | | Buy | 05/24/17 | L | | |
| 109. | | | | | Sold | 12/15/17 | L | A | |
| 110. -Wells Fargo Core Bond Fund Class Inst | B | Dividend | | | Buy | 05/24/17 | L | | |
| 111. | | | | | Sold | 12/15/17 | L | A | |
| 112. -MFS Growth Fund Class I | | None | | | Buy | 05/24/17 | K | | |
| 113. | | | | | Sold | 12/15/17 | K | C | |
| 114. -Goldman Sachs Large Cap Growth Insights Fd Cl I | B | Dividend | | | Buy | 05/24/17 | K | | |
| 115. | | | | | Sold | 12/15/17 | K | C | |
| 116. -American Funds Income Fund of America Cl A | B | Dividend | | | Sold | 05/24/17 | M | F | |
| 117. Trust #6 (H) | | | | | | | | | |
| 118. -UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 119. -UBS RMA Government Money Market Fund | A | Dividend | | | Closed | 05/24/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -IShares Russell 2000 ETF | A | Dividend | | | Sold | 05/24/17 | K | E | |
| 121. -IShares Russell Midcap ETF | A | Dividend | | | Sold | 05/24/17 | L | E | |
| 122. -Ishares IBoxx $ Investment | A | Dividend | K | T | Buy | 12/19/17 | K | | |
| 123. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 124. -Ishares 20+ Year Treasury | A | Dividend | K | T | Open | 12/19/17 | K | | |
| 125. -IShares 7-10 Year Treas.Bond | A | Dividend | L | T | Buy | 12/19/17 | L | | |
| 126. -IShares Intermediate Credit Bond ETF | A | Dividend | M | T | Buy | 12/19/17 | M | | |
| 127. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 128. -IShares Short Maturity Bond ETF | A | Dividend | K | T | Buy | 12/19/17 | K | | |
| 129. -IShares Core MSCI EAFE ETF | A | Dividend | K | T | Buy | 12/19/17 | J | | |
| 130. -IShares Core MSCI Emerging Markets ETF | A | Dividend | K | T | Buy | 12/19/17 | K | | |
| 131. -IShares Currency Hedged MSCI EAFE ETF | A | Dividend | K | T | Buy | 12/19/17 | K | | |
| 132. -Ivy International Core Equity Fund | B | Dividend | | | Buy | 05/24/17 | L | | |
| 133. | | | | | Sold | 12/18/17 | L | C | |
| 134. -Vanguard Interm-Term Bd IDZ ADM Shs | B | Dividend | | | Buy | 05/24/17 | M | | |
| 135. | | | | | Sold | 12/18/17 | M | | |
| 136. -Voya Intermediate Bond Fund Class I | B | Dividend | | | Buy | 05/24/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 10/25/17 | J | A | |
| 138. | | | | | Sold | 12/18/17 | M | A | |
| 139. -American Funds International Growth and Income Fund Class A | A | Dividend | | | Merged (with line 140) | 05/25/17 | L | | |
| 140. -American Funds International Growth and Income Fund Cl F2 | B | | M | T | Buy | 05/24/17 | J | | |
| 141. -American Funds Amcap Fund Cl A | D | Dividend | | | Merged (with line 142) | 05/25/17 | M | | |
| 142. -American Funds Amcap Fund Cl F2 | | | M | T | Buy | 05/24/17 | J | | |
| 143. -American Funds Fundamental Investors Fund Cl A | A | Dividend | | | Merged (with line 144) | 05/25/17 | M | | |
| 144. -American Funds Fundamental Investors Fund Class F2 | D | Dividend | M | T | Buy | 05/24/17 | J | | |
| 145. -American Funds Growth Fund of America Class A | D | Dividend | | | Merged (with line 146) | 05/25/17 | M | | |
| 146. -American Funds Growth Fund of America Class F2 | | None | M | T | Buy | 05/24/17 | J | | |
| 147. | | | | | Sold (part) | 11/16/17 | J | A | |
| 148. -American Funds American High Income Muni Bond Fund Cl A | A | Dividend | | | Sold | 05/23/17 | L | D | |
| 149. -American Funds Intermediate Bond Fund of America Cl A | A | Dividend | | | Sold | 05/23/17 | K | A | |
| 150. -American Funds American Balanced Fund Cl A | A | Dividend | | | Sold (part) | 05/23/17 | L | E | |
| 151. | | | | | Merged (with line 152) | 05/25/17 | M | | |
| 152. -American Funds American Balanced Fund Cl F2 | D | Dividend | M | T | | | | | |
| 153. Blackrock Multi Asset Income | A | Dividend | M | T | Buy | 12/18/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/19/17 | K | | |
| 155. -American Funds Income Fund of America Cl A | B | Dividend | | | Sold (part) | 05/23/17 | M | F | |
| 156. | | | | | Merged (with line 157) | 05/25/17 | N | | |
| 157. -The Income Fund of America Fund Class F2 | D | Dividend | M | T | | | | | |
| 158. -American Funds Washington Mutual Investors Fund CL A | A | Dividend | | | Merged (with line 159) | 05/25/17 | L | | |
| 159. -American Funds Washington Mutual Investors Fund Class F2 | C | Dividend | L | T | Buy | 05/24/17 | J | | |
| 160. -Wells Fargo Core Bond Fund | B | Dividend | | | Buy | 05/24/17 | M | | |
| 161. | | | | | Sold | 12/18/17 | M | A | |
| 162. IRA #6 (H) | | | | | | | | | |
| 163. -UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 164. -American Funds Growth Fund of America Class A | D | Dividend | M | T | | | | | |
| 165. -American Funds New Perspective Fund Cl A | D | Dividend | M | T | | | | | |
| 166. -American Funds Washington Mutual Investors Fund Cl A | D | Dividend | M | T | | | | | |
| 167. -American Funds Capital World Growth & Income Fund | D | Dividend | M | T | | | | | |
| 168. -American Funds Global Balanced Fund A | D | Dividend | M | T | | | | | |
| 169. -American Funds American Balanced Fund Cl A | E | Dividend | N | T | | | | | |
| 170. -American Funds Income Fund of America Cl A | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. IRA # 7 (H) | | | | | | | | | |
| 172. -UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 173. -American Funds Capital World Growth & Income Fund(X) | D | Dividend | M | T | | | | | |
| 174. -American Funds Growth Fund of America Class A | D | Dividend | M | T | | | | | |
| 175. -American Funds New Perspective Fund Cl A | D | Dividend | M | T | | | | | |
| 176. -American Funds Washington Mutual Investors Fund Cl A | D | Dividend | M | T | | | | | |
| 177. -American Funds Global Balanced Fund A(X) | D | Dividend | M | T | | | | | |
| 178. -American Funds American Balanced Fund Cl A(X) | E | Dividend | N | T | | | | | |
| 179. -American Funds Income Fund of America Cl A(X) | E | Dividend | N | T | | | | | |
| 180. IRA #4 (H) | | | | | | | | | |
| 181. -UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 182. -Adient PLC | A | Dividend | | | Sold | 08/03/17 | J | A | |
| 183. -Johnson Ctls Intl PLC | A | Dividend | | | Sold | 08/04/17 | J | | |
| 184. -Guggenheim S &P 500 Equal Weigt EFT | A | Dividend | | | Sold | 08/03/17 | K | D | |
| 185. -Ishares Russell 2000 EFT | A | Dividend | | | Sold | 08/03/17 | L | E | |
| 186. -Spdr S&P Dividend EFT | A | Dividend | | | Sold | 08/03/17 | K | D | |
| 187. -IShares Russell Midcap ETF | A | Dividend | | | Sold | 08/04/17 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Teton Westwood Mighty Mites Fund Class AAA | | | | | Sold | 08/04/17 | L | E | |
| 189. -Invesco Equally-Weighted S&P 500 Fund | D | Dividend | N | T | Buy (add'l) | 08/04/17 | M | | |
| 190. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 191. -JP Morgan Large Cap Growth Fund Class I | E | Dividend | N | T | Buy | 08/04/17 | M | | |
| 192. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 193. -MFS Value Fund Class A | D | Dividend | N | T | Buy | 08/04/17 | M | | |
| 194. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 195. -Vanguard Total Stock Mkt Idx Adm | A | Dividend | | | Sold | 08/04/17 | L | D | |
| 196. -Vanguard Equity Income Fund Admiral | A | Dividend | | | Sold | 08/04/17 | K | D | |
| 197. -Vanguard Index Funds Vanguard Value ETF | A | Dividend | | | Sold | 08/08/17 | L | D | |
| 198. -Vanguard FTSE Developed Mkt ETF | A | Dividend | | | Sold | 08/03/17 | K | B | |
| 199. -Dodge & Cox Stock Fund | B | Dividend | | | Sold | 08/03/17 | L | C | |
| 200. -Dodge & Cox Global Stock Fund | | | | | Sold | 08/03/17 | L | D | |
| 201. -Dodge & Cox Balanced Fd | B | Dividend | | | Sold | 08/03/17 | K | C | |
| 202. -Powershares FTSE RAFI | A | Dividend | | | Sold | 08/03/17 | K | D | |
| 203. IRA #9 (H) | | | | | | | | | |
| 204. -UBS Bank USA Dep Acct | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Ishares Russell 1000 EFT | B | Dividend | M | T | | | | | |
| 206. -Ishares Russell 2000 EFT | B | Dividend | M | T | | | | | |
| 207. -Ishares Russell Midcap EFT | B | Dividend | M | T | | | | | |
| 208. American Funds Capital Income Builder Fund CL A | D | Dividend | N | T | Buy | 08/03/17 | N | | |
| 209. -American Funds Growth Fund of America Class A | | | | | Sold | 08/03/17 | M | C | |
| 210. -American Funds New Perspective Fund Cl A | | | | | Sold | 08/03/17 | M | G | |
| 211. -American Funds Washington Mutal Investor Fund | E | Dividend | M | T | | | | | |
| 212. -American Funds Global Balanced Fund A | C | Dividend | M | T | | | | | |
| 213. -American Funds American Balanced Fund Cl A | E | Dividend | N | T | | | | | |
| 214. -American Funds Capital World Growth & Income Fund | D | Dividend | M | T | | | | | |
| 215. -American Funds Income Fund of America | E | Dividend | N | | | | | | |
| 216. Brokerage #1 (H) | | | | | | | | | |
| 217. -Tax-Exempt Money Mkt | A | Int./Div. | J | T | | | | | |
| 218. -Treasury Money Market | A | Int./Div. | J | T | | | | | |
| 219. IRA #10 (H) | | | | | | | | | |
| 220. -Federal Money Mkt Fnd | A | Dividend | J | T | | | | | |
| 221. -Total Stock Mkt Idx Adm | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  Brokerage #2 (H) | | | | | | | | | |
| 223.  -Federal Money Mkt | A | Dividend | J | T | | | | | |
| 224.  -Tax-Exempt Money Mkt | A | Dividend | J | T | | | | | |
| 225.  -Treasury Money Market | A | Dividend | J | T | | | | | |
| 226.  IRA #11 (H) | | | | | | | | | |
| 227.  -Dividend Growth Fund | D | Dividend | M | T | | | | | |
| 228.  -Federal Money Mkt Fnd | A | Dividend | K | T | | | | | |
| 229.  -GNMA Fund Admiral Shares | B | Dividend | L | T | | | | | |
| 230.  -Selected Value Fund | | | | | Merged (with line 228) | 12/04/17 | K | | |
| 231.  -Short-Term Invest Gr Adm | B | Dividend | L | T | | | | | |
| 232.  -STerm Inf Pro Sec Idx Adm | B | Dividend | L | T | | | | | |
| 233.  -Treasury Money Market | A | Dividend | K | T | | | | | |
| 234.  -Wellesley Income Fund Adm | B | Dividend | L | T | | | | | |
| 235.  -Windsor II Fund Adm | A | Dividend | | | | | | | |
| 236.  -Artisan Intl Investor CL | A | Dividend | K | T | | | | | |
| 237.  -FPA Crescent | B | Dividend | K | T | | | | | |
| 238.  -Vanguard Dividend Appreciation ETF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Vanguard High Dividend Yield ETF | A | Dividend | K | T | | | | | |
| 240. -Vanguard Federa Money Market Fund | A | Dividend | K | T | | | | | |
| 241. -PRIMECAP Core Fund | B | Dividend | L | T | | | | | |
| 242. -PRIMECAP Fund Investor | C | Dividend | L | T | | | | | |
| 243. Brokerage #3 (H) | | | | | | | | | |
| 244. -Fidelity Government Money Market | A | Int./Div. | J | T | | | | | |
| 245. -United Finl Bancorp Inc Md Com | A | Dividend | J | T | | | | | |
| 246. -MFS Utilities Class A | A | Dividend | K | T | | | | | |
| 247. -Fidelity Mass Muni Money Market | A | Dividend | J | T | | | | | |
| 248. IRA #12 (H) | | | | | | | | | |
| 249. -Vanguard Specialized Funds Div App ETF- Name Chg from Div Index Fd Vpr | B | Dividend | M | T | | | | | |
| 250. - Vanguard Consumer Staples Vipers | A | Dividend | K | T | | | | | |
| 251. -Vanguard Utils Vipers | B | Dividend | K | T | Sold (part) | 12/20/17 | J | C | |
| 252. -Oakmark Fund Investor Class | A | Dividend | J | T | Buy | 02/28/17 | J | | |
| 253. -Oakmark Intl Investor | A | Distribution | J | T | Buy | 02/28/17 | J | | |
| 254. -Oppenheimers Steel Path MLP Income Cl Y | C | Dividend | K | T | Sold (part) | 12/19/17 | J | | |
| 255. -SPDR Gold Tr Gold SHS | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Barclays PLC | A | Dividend | | | Sold | 10/04/17 | J | A | |
| 257. -Fidelity Government Money Market | A | Dividend | L | T | | | | | |
| 258. IRA #13 (H) | | | | | | | | | |
| 259. -Atlas Energy Group LLC Com | | None | | | Sold | 10/04/17 | J | | |
| 260. -Berkshire Hathaway Inc Del Cl B | | None | N | T | | | | | |
| 261. -BHP Billiton Limited ADR Each Rep 2 Ord | A | Dividend | J | T | | | | | |
| 262. -IShares Silver Tr Ishares | | None | J | T | | | | | |
| 263. -Ishares Russell Midcap | A | Dividend | L | T | | | | | |
| 264. -Ishares Core S&P Small Cap EFT | A | Dividend | L | T | | | | | |
| 265. -Powershares QQQ Tr Unit Ser | A | Dividend | L | T | | | | | |
| 266. -SPDR Gold Tr Gold SHS | | None | K | T | | | | | |
| 267. -Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 268. -Fidelity Low Priced Stock | A | Dividend | L | T | | | | | |
| 269. -Fidelity Government Income | A | Dividend | | | Sold | 01/30/17 | J | B | |
| 270. -Pimco All Asset Fund Class D | B | Dividend | K | T | | | | | |
| 271. -Fidelity Treasury Only Money Market Fd | A | Dividend | J | T | | | | | |
| 272. -Fidelity Govt Cash Reserves | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  Bank Account #1 - Bank of America | A | Interest | J | T | | | | | |
| 274.  Bank Account #2 - JPMorgan Chase | A | Interest | J | T | | | | | |
| 275.  President & Fellows of Harvard - Trusts & Gifts Department | B | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Rovner, Ilana D. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: Part III-A  Pension distribution from employer of deceased husband.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Ilana D. Rovner

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544